# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JAVIER ENRIQUE ORDUNEZ,**
**FL DOC #M69728,**

    Plaintiff,

v.                                      Case No. 1:19-cv-158-AW-GRJ

**T. LEE, et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's Report and Recommendation dated October 30, 2019. ECF No. 10. There have been no objections. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

It is now ordered:

1. The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2. The Complaint, ECF No. 1, is DISMISSED for failure to prosecute, for failure to comply with a court order, and as moot.

3. The Clerk is directed to close the file.

SO ORDERED on December 4, 2019.

                                                 s/ *Allen Winsor*
                                                 United States District Judge